## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**David De Jesus Salinas-Villagomez**<br>YOB: 2005; Citizen of Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>26-06131MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 29, 2026, at or near Pisinnemo, in the District of Arizona, **David De Jesus Salinas-Villagomez**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**David De Jesus Salinas-Villagomez** is a citizen of Mexico. On April 29, 2026, agents found **David De Jesus Salinas-Villagomez** in the United States at or near Pisinnemo, Arizona, without the proper immigration documents. **David De Jesus Salinas-Villagomez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **David De Jesus Salinas-Villagomez** admitted to illegally entering the United States of America from Mexico on or about April 29, 2026, at or near Pisinnemo, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 1, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins